**FILED**
July 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. 2:06-mj-182 GGH
          Plaintiff,             )
                                 )    ORDER FOR RELEASE OF
v.                               )    PERSON IN CUSTODY
                                 )
Christian Moreno,                )
                                 )
                                 )
_____)
          Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Christian Moreno_ Case No. _2:06-cr-182 GGH_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of _____

        _X_  $25,000 Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond secured by Real Property

        ___  Corporate Surety Bail Bond

        _X_  (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _7/6/06_ at _7/6/06 @ 2:40 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge