DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0289 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CHRISTIAN MORENO, | ) | Date:  December 5, 2006 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of

America through Michael Beckwith, Assistant United States Attorney, and

defendant, CHRISTIAN MORENO, by and through his counsel, Linda Harter,

Chief Assistant Federal Defender, as follows:

It is agreed that the current Status Conference hearing date of

November 28, 2006 be vacated and a new status conference hearing date

of December 5, 2006 at 8:30 a.m. be set.

The parties have begun exploring possible resolutions of the case,

but seek additional time to consider settlement options.

It is further stipulated and agreed among the parties that the

period beginning November 28, 2006 through December 5, 2006 should be

excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: November 27, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHRISTIAN MORENO

Dated: November 27, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE