```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTIAN MORENO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:06-cr-0289-MCE
                                  )
12             Plaintiff,         )
                                  ) STIPULATION AND ORDER
13     v.                         )
                                  )
14 CHRISTIAN MORENO,              ) Date:  December 12, 2006
                                  ) Time:  8:30 a.m.
15             Defendant.         ) Judge: Morrison C. England, Jr.
   _____)
16
```

17        IT IS HEREBY STIPULATED and agreed to between the United States of
18 America through Michael Beckwith, Assistant United States Attorney, and
19 defendant, CHRISTIAN MORENO, by and through his counsel, Linda Harter,
20 Chief Assistant Federal Defender, as follows:
21        It is agreed that the current Status Conference hearing date of
22 December 5, 2006 be vacated and a new status conference hearing date of
23 December 12, 2006 at 8:30 a.m. be set.
24        The parties continue exploring possible resolutions and seek
25 additional time to finalize settlement options.
26        It is further stipulated and agreed among the parties that the
27 period beginning December 5, 2006 through December 12, 2006 should be
28 excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: December 4, 2006

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTIAN MORENO

Dated: December 4, 2006            MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Michael Beckwith
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authorization

                                          **ORDER**

**IT IS SO ORDERED.**

DATED: December 4, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE