PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Christian MORENO |
| **Docket Number:** | 2:06CR00289-04 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/20/2007 |
| **Original Offense:** | 18 USC 371, 1028(a)(2), and 42 USC 408(a)(7)(C) - Conspiracy to Commit Document Fraud and Social Security Card Fraud (Count 1); and 18 USC 1028(a)(3) - Possession of False Identification Documents (Count 7)<br>(CLASS D FELONIES) |
| **Original Sentence:** | 15 months Bureau of Prisons as to Count 1 and 15 months Bureau of Prisons as to Count 7, to run concurrently, for a total term of 15 months; 36 months supervised release as to Counts 1 and 7, to be served concurrently; $200 special assessment |
| **Special Conditions:** | Warrantless search; Correctional treatment; Drug testing; Co-payment plan; Not possess any other document in any other name than his own; Not associate with any gang or known gang members |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/21/2007 |
| **Assistant U.S. Attorney:** | Michael M. Beckwith    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter    **Telephone:** (916) 498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None. |

RE:     Christian MORENO
        Docket Number:  2:06CR00289-04
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.     ILLICIT DRUG USE (02/11/2008)

**Details of alleged non-compliance:**  On October 10, 2007, the defendant submitted a urine sample that returned positive for cocaine.

**United States Probation Officer Plan/Justification:**  The defendant related he snorted two lines of cocaine on October 8, 2007.  He explained he was feeling frustrated and discouraged over his inability to obtain work.  He indicated he was associating with individuals whom he realizes he cannot be around if he truly intends to break free from his prior lifestyle.

Since the defendant tested positive back in October, he has been participating in individual drug counseling and participating in our Intermediate Sanction Group (ISP).  He has been meeting with his drug counselor every other week. With the ISP, he has been meeting weekly with other non-compliant offenders and discussing alternative ways to cope and deal with life issues.  They have addressed responsibility, accountability, core values, and other issues pertaining to their success on supervision and life thereafter.  It appears the defendant has benefitted from these interventions.  He has not submitted another positive sample since October 2007.  We would like to continue working with the defendant and assist him in his successful adjustment on supervision.  We are requesting that no action be taken at this time by the Court.

RE:   Christian MORENO
      Docket Number:   2:06CR00289-04
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

                          Respectfully submitted,


                          **KRIS M. MIURA**
                          **United States Probation Officer**
                          Telephone:  (916) 930-4305

**DATED:**   March 7, 3008
             Sacramento, California
             KMM:jz


**REVIEWED BY:** _____
                 **KYRIACOS M. SIMONIDIS**
                 **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(XX)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( )    Other:

**Dated: March 11, 2008**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

**RE:   Christian MORENO**
       **Docket Number:   2:06CR00289-04**
       **REPORT OF OFFENDER NON-COMPLIANCE**

cc:   United States Probation
      Michael M. Beckwith, Assistant United States Attorney
      Linda C. Harter, Defense Counsel