```
FILED
January 30, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
S.DEUTSCH
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>     v.                       )<br>                              )<br> CHRISTIAN MORENO,             )<br>                              )<br>          Defendant.          ) | Case No. 2:06-cr-00289-04-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTIAN MORENO</u>, Case No. <u>2:06-cr-00289-04-MCE</u>, Charge <u>Supervised Release Violation filed 1/21/2009</u>, from custody subject to the previously imposed conditions of supervised release and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

        ___    (Other) ___

Issued at <u>Sacramento, California</u> on <u>January 30, 2009</u> at <u>9:21 a.m.</u>

By: _/s/ Morrison C. England, Jr._____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE